LAW OFFICE OF

# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4-11-17
```

April 11, 2017

**VIA ECF**

Hon. Paul A. Engelmayer, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Carino Salmeron et al v. Akram Restaurant Management Inc. et al*, 15 CV 10175 (PAE)

Dear Judge Engelmayer:

  This firm represents the plaintiff in the above-referenced action. The plaintiff moves to extend the deadlines in the Court's April 6, 2017, order by three weeks, *nunc pro tunc*. There has been no such prior motion.

  The parties have settled the plaintiff's attorney's fees and costs, and expect the settlement to be effectuated by Friday of next week, after which the parties will promptly file a stipulation of dismissal. To avoid further expenses of litigation notwithstanding the settlement, the plaintiff requests this extension of time.

  I thank the Court for its time and consideration.

Respectfully submitted,

*[signature]*

Brandon D. Sherr

4/11/17

Upon the representation that the parties have settled the issue of attorneys' fees and costs, the Court will not presently require plaintiff to file an English translation of the arbitration agreement in this case. *See* Dkt. 29. Judgment has been entered in this case and the case is closed. Dkts. 23, 26. If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement as to attorneys' fees and costs, they must submit the settlement agreement to the Court by Wednesday, May 3, 2017, for it to be "so-ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement unless it is made part of the public record.

SO ORDERED:

*Paul A. Engelmayer*
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE